# EXHIBIT F

| US9173154 | Teladoc ("The Accused Product") |
|---|---|
| 1. A method of enabling a wireless handheld cellular phone device, located in a region, to initiate a network connection without using a network operator's home location register that covers that region, comprising the steps of: | The accused product discloses a method of enabling a wireless handheld cellular phone device (e.g., Smartphone), located in a region, to initiate a network connection (e.g., SIP/VoIP Invite) without using a network operator's home location register that covers that region. <br><br> The accused product uses Internet or IP network for calling. Hence, it bypasses network operator's home location register as Wi-Fi or internet-based calling does not require home location register (HLR). <br><br>        <br> https://play.google.com/store/apps/details?id=com.teladoc.members |



## Teladoc | Telehealth & Therapy

About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (a) the wireless handheld cellular phone device using a module that is responsible for contacting a server to communicate with the server over a wireless link, wherein the device includes the module that is implemented as software and that is downloadable to the device; | The wireless handheld cellular phone device (e.g., Smartphone) using a module (e.g., Teladoc Mobile application) that is responsible for contacting a server (e.g., Teladoc Mobile Server) to communicate with the server (e.g., Teladoc Mobile Server) over a wireless link (e.g., Wi-Fi link), wherein the wireless handheld cellular phone device (e.g., Smartphone) includes the module (e.g., Teladoc Mobile application) that is implemented as software and that is downloadable to the wireless handheld cellular phone device (e.g., Smartphone).<br><br><br>https://play.google.com/store/apps/details?id=com.teladoc.members |



## Teladoc | Telehealth & Therapy

About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



**Choose video call and the preferred time for your visit**

https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (b) the wireless handheld cellular phone device using the module to send, over the wireless link, data to the server that defines a call request; | The wireless handheld cellular phone device (e.g., Smartphone) using the module (e.g., Teladoc Mobile application) to send, over the wireless link (e.g., Wi-Fi link), data to the server (e.g., Teladoc Mobile Server) that defines a call request (e.g., Invite signal from caller to server). <br><br>  <br> https://play.google.com/store/apps/details?id=com.teladoc.members |



**Teladoc | Telehealth & Therapy**

About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| (c) in response to the call request, a software application running on the server deciding on the appropriate routing to a third party end-user over all available networks for that call request without using the network operator's home or visitor location register. | In response to the call request (e.g., Invite signal from caller to server), a software application (e.g., software running at Teladoc Mobile SIP/VoIP proxy Server to route/manage calls) running on the server (e.g., Teladoc Mobile Server) deciding on the appropriate routing (e.g., Invite signal from server to callee) to a 3rd party end-user (e.g., Other users using Teladoc Mobile) for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register.  https://play.google.com/store/apps/details?id=com.teladoc.members |



### Teladoc | Telehealth & Therapy
About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| 3. The method of claim 1, in which the wireless device uses HTTP (Hypertext Transfer Protocol) over the internet to communicate with the server. | The wireless device (e.g., user device) uses HTTP (Hypertext Transfer Protocol) over the internet to communicate with the server (e.g., Teladoc Mobile server).  https://member.teladoc.com/signin?_ga=2.89189723.1943588298.1655289954-1191178071.1655289954 |
| --- | --- |

| 4. The method of claim 3 in which the user has to enter any data required by the server manually into the device. | The user (e.g., user of Teladoc Mobile application) has to enter any data (e.g., Teladoc Mobile login details) required by the server (e.g., Teladoc Mobile Server) manually into the device (e.g., Smartphone). <br><br>  <br><br> https://member.teladoc.com/signin?_ga=2.89189723.1943588298.1655289954-1191178071.1655289954 |
| 7. The method of claim 1, in which the server also acts as a media server so that the network | The server (e.g., Teladoc Mobile Server) also acts as a media server so that the network connection (e.g., SIP/VoIP Invite) for that call is not limited to a voice connection, but includes also the transfer of any media assets, including data, files, chat, and data-, video- and audio streaming. |

connection is not limited to a voice connection, but includes also the transfer of any media asset, including data, video, and audio files, web pages and data, video and audio streaming.



https://play.google.com/store/apps/details?id=com.teladoc.members



## Teladoc | Telehealth & Therapy

About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| 11. The method of claim 1 in which the module establishes and controls communication between the device and the server. | The module (e.g., Teladoc Mobile application) establishes and control communication (e.g., SIP/VoIP session) between the device (e.g., Smartphone) and the server (e.g., Teladoc Mobile Server).  https://play.google.com/store/apps/details?id=com.teladoc.members |



## Teladoc | Telehealth & Therapy

About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| 22. A system comprising a wireless handheld cellular phone device located in a region and a server for enabling the wireless handheld cellular phone device to communicate with the server to initiate a network connection without using a network operator's home location register that covers that region, wherein the server includes a software application that functions as a calls manager, wherein: | The accused product discloses a system comprising a wireless handheld cellular phone device (e.g., Smartphone) located in a region and a server (e.g., Teladoc Mobile Server) for enabling the wireless handheld cellular phone device (e.g., Smartphone) to communicate with the server (e.g., Teladoc Mobile Server) to initiate a network connection (e.g., SIP/VoIP Invite) without using a network operator's home location register that covers that region, wherein the server includes a software application (e.g., software running at Teladoc Mobile SIP/VoIP proxy Server to route/manage calls) that functions as a calls manager.<br><br><br><br>https://play.google.com/store/apps/details?id=com.teladoc.members |



### Teladoc | Telehealth & Therapy
About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (a) the wireless handheld cellular phone device is operable using a module that is responsible for contacting the server to communicate with the server over a wireless link, wherein the device includes the module that is implemented as software and that is downloadable to the device; | The wireless handheld cellular phone device (e.g., Smartphone) is operable using a module (e.g., Teladoc Mobile application) that is responsible for contacting a server (e.g., Teladoc Mobile Server) to communicate with the server (e.g., Teladoc Mobile Server) over a wireless link (e.g., Wi-Fi link), wherein the wireless handheld cellular phone device (e.g., Smartphone) includes the module (e.g., Teladoc Mobile application) that is implemented as software and that is downloadable to the wireless handheld cellular phone device (e.g., Smartphone).<br><br><br>https://play.google.com/store/apps/details?id=com.teladoc.members |



### Teladoc | Telehealth & Therapy

About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (b) the wireless handheld cellular phone device is operable using the module to send, over the wireless link, data to the server that defines a call request; | The wireless handheld cellular phone device (e.g., Smartphone) is operable using the module (e.g., Teladoc Mobile application) to send, over the wireless link (e.g., Wi-Fi link), data to the server (e.g., Teladoc Mobile Server) that defines a call request (e.g., Invite signal from caller to server).<br><br><br>https://play.google.com/store/apps/details?id=com.teladoc.members |



### Teladoc | Telehealth & Therapy

About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (c) in response to the call request, the calls manager software included on the server is operable to decide on the appropriate routing to a third party end-user over all available networks for that call request without using the network operator's home or visitor location register. | In response to the call request (e.g., Invite signal from caller to server), the call manager software (e.g., software running at Teladoc Mobile SIP/VoIP proxy Server to route/manage calls) included on the server (e.g., Teladoc Mobile Server) is operable to decide on the appropriate routing (e.g., Invite signal from server to callee) to a third party end-user (e.g., Other users using Teladoc Mobile) over all available networks for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register.  https://play.google.com/store/apps/details?id=com.teladoc.members |



### Teladoc | Telehealth & Therapy
About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| 23. A server for enabling a wireless handheld cellular phone device to communicate with the server to initiate a network connection without using a network operator's home location register, wherein the server includes a software application that functions as a calls manager, wherein: | The accused product discloses a server enabling a wireless handheld cellular phone device (e.g., Smartphone) located in a region and a server for enabling the wireless handheld cellular phone device to communicate with the server to initiate a network connection (e.g., SIP/VoIP Invite) without using a network operator's home location register that covers that region, wherein the server includes a software application that functions as a calls manager.<br><br><br><br>https://play.google.com/store/apps/details?id=com.teladoc.members |
|---|---|

 **Teladoc | Telehealth & Therapy**
About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| (a) the wireless handheld cellular phone device is operable using a module that is responsible for contacting the server to communicate with the server over a wireless link, wherein the device includes the module that is implemented as software and that is downloadable to the device; | The wireless handheld cellular phone device (e.g., Smartphone) is operable using a module (e.g., Teladoc Mobile application) that is responsible for contacting a server (e.g., Teladoc Mobile Server) to communicate with the server (e.g., Teladoc Mobile Server) over a wireless link (e.g., Wi-Fi link), wherein the wireless handheld cellular phone device (e.g., Smartphone) includes the module (e.g., Teladoc Mobile application) that is implemented as software and that is downloadable to the wireless handheld cellular phone device (e.g., Smartphone). <br><br>  <br> https://play.google.com/store/apps/details?id=com.teladoc.members |



### Teladoc | Telehealth & Therapy

About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (b) the wireless handheld cellular phone device is operable using the module to send, over the wireless link, data to the server that defines a call request; | The wireless handheld cellular phone device (e.g., Smartphone) is operable using the module (e.g., Teladoc Mobile application) to send, over the wireless link (e.g., Wi-Fi link), data to the server (e.g., Teladoc Mobile Server) that defines a call request (e.g., Invite signal from caller to server).<br><br><br><br>https://play.google.com/store/apps/details?id=com.teladoc.members |



## Teladoc | Telehealth & Therapy

About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (c) in response to the call request, the calls manager software included on the server is operable to decide on the appropriate routing to a third party end-user over all available networks for that call request without using that network operator's home or visitor location register. | In response to the call request (e.g., Invite signal from caller to server), the call manager software (e.g., software running at Teladoc Mobile SIP/VoIP proxy Server to route/manage calls) included on the server (e.g., Teladoc Mobile Server) is operable to decide on the appropriate routing (e.g., Invite signal from server to callee) to a 3rd party end-user (e.g., Other users using Teladoc Mobile) for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register.<br><br><br><br>https://play.google.com/store/apps/details?id=com.teladoc.members |



## Teladoc | Telehealth & Therapy

About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| 24. Computer program product embodied on a non-transitory storage medium, the computer program product when executing on a wireless handheld cellular phone device configured to enable the wireless handheld cellular phone device, when located in a region, to initiate a network connection without using a network operator's home location register that covers that region, the computer program product configured to: | The accused product discloses a computer program product (e.g., Teladoc Mobile) embodied on a non-transitory storage medium (e.g., Smartphone's memory), the computer program product (e.g., Teladoc Mobile) when executing on a wireless handheld cellular phone device (e.g., Smartphone) configured to enable the wireless handheld cellular phone device (e.g., Smartphone), when located in a region, to initiate a network connection (e.g., SIP/VoIP Invite) without using a network operator's home location register that covers that region.

The accused product uses Internet or IP network for calling. Hence, it bypasses network operator's home location register as Wi-Fi or internet based calling does not require home location register (HLR).



https://play.google.com/store/apps/details?id=com.teladoc.members |



## Teladoc | Telehealth & Therapy

About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (a) contact a server to communicate with the server over a wireless link, and | The accused product contacts a server (e.g., Teladoc Mobile Server) to communicate with the server (e.g., Teladoc Mobile Server) over a wireless link (e.g., Wi-Fi or 4G link).<br><br><br><br>https://play.google.com/store/apps/details?id=com.teladoc.members |
| --- | --- |



### Teladoc | Telehealth & Therapy

About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (b) send, over the wireless link, data to the server that defines a call request; | The accused product sends, over the wireless link (e.g., Wi-Fi or 4G link), data to the server (e.g., Teladoc Mobile Server) that defines a call request (e.g., Invite signal from caller to server).  https://play.google.com/store/apps/details?id=com.teladoc.members |



### Teladoc | Telehealth & Therapy

About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| wherein, in response to the call request, a software application running on the server decides on the appropriate routing to a 3rd party end-user for that call request without using the network operator's home or visitor location register, and wherein the computer program product is downloadable to the wireless handheld cellular phone device. | In response to the call request (e.g., Invite signal from caller to server), a software application (e.g., software running at Teladoc Mobile SIP/VoIP proxy Server to route/manage calls) running on the server (e.g., Teladoc Mobile Server) decides on the appropriate routing (e.g., Invite signal from server to callee) to a 3rd party end-user (e.g., Other users using Teladoc Mobile) for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register, and wherein the computer program product (e.g., Teladoc Mobile application) is downloadable to the wireless handheld cellular phone device (e.g., Smartphone).<br><br><br>https://play.google.com/store/apps/details?id=com.teladoc.members |



## Teladoc | Telehealth & Therapy

About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html