# EXHIBIT H

| US9591551 | Teladoc ("The Accused Product") |
|---|---|
| 1. Computer program product embodied on a non-transitory storage medium, the computer program product when executing on a wireless device configured to enable the wireless device, when located in a region, to initiate a network connection without using a network operator's home location register that covers that region, the computer program product configured to: | The accused product discloses a computer program product (e.g., Teladoc Mobile) embodied on a non-transitory storage medium (e.g., Smartphone's memory), the computer program product (e.g., Teladoc Mobile) when executing on a wireless device (e.g., Smartphone) configured to enable the wireless device (e.g., Smartphone), when located in a region, to initiate a network connection (e.g., SIP/VoIP Invite) without using a network operator's home location register that covers that region.<br><br>The accused product uses Internet or IP network for calling. Hence, it bypasses network operator's home location register as Wi-Fi or internet-based calling does not require home location register (HLR).<br><br> <br><br>       <br>https://play.google.com/store/apps/details?id=com.teladoc.members |



## Teladoc | Telehealth & Therapy
About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (a) contact a server to communicate with the server over a wireless link, and | The accused product discloses contact a server (e.g., Teladoc Mobile Server) to communicate with the server (e.g., Teladoc Mobile Server) over a wireless link (e.g., Wi-Fi or 4G link).  https://play.google.com/store/apps/details?id=com.teladoc.members |
| --- | --- |

 **Teladoc | Telehealth & Therapy**
About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



**Choose video call and the preferred time for your visit**

https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (b) send, over the wireless link, data to the server that defines a call request; | The accused product sends, over the wireless link (e.g., Wi-Fi or 4G link), data to the server (e.g., Teladoc Mobile Server) that defines a call request (e.g., Invite signal from caller to server).  https://play.google.com/store/apps/details?id=com.teladoc.members |
| --- | --- |

 **Teladoc | Telehealth & Therapy**
About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



**Choose video call and the preferred time for your visit**

https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| wherein, in response to the call request, a software application running on the server decides on the appropriate routing to a 3rd party end-user for that call request without using the network operator's home or visitor location register. | In response to the call request (e.g., Invite signal from caller to server), a software application (e.g., software running at Teladoc Mobile SIP/VoIP proxy Server to route/manage calls) running on the server (e.g., Teladoc Mobile Server) decides on the appropriate routing (e.g., Invite signal from server to callee) to a 3rd party end-user (e.g., Other users using Teladoc Mobile) for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register. |
| --- | --- |



https://play.google.com/store/apps/details?id=com.teladoc.members

 **Teladoc | Telehealth & Therapy**

About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| 3. Computer program product of claim 1, wherein the computer program product is downloadable to the wireless device. | The computer program product (e.g., Teladoc Mobile) is downloadable (e.g., install) to the wireless device (e.g., Smartphone).<br><br><br>https://play.google.com/store/apps/details?id=com.teladoc.members |
| --- | --- |
| 4. Computer program product of claim 1, wherein the computer program product is embedded in the wireless device. | The computer program product (e.g., Teladoc Mobile) is embedded to the wireless device (e.g., Smartphone). |



| | |
|---|---|
| 5. Computer program product of claim 1, wherein the server is an application server. | Computer program product (e.g., Teladoc Mobile) uses an application server (e.g., Teladoc Mobile Server). |



https://play.google.com/store/apps/details?id=com.teladoc.members

 **Teladoc | Telehealth & Therapy**
About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



Choose video call and the preferred time for your visit

https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| 7. Computer program product of claim 1, wherein the wireless device uses the internet to communicate with the server. | Computer program product (e.g., Teladoc Mobile) uses the wireless device (e.g., Smartphone) uses the internet (e.g., Wi-Fi) to communicate with the server (e.g., Teladoc Mobile Server).<br><br><br><br>https://play.google.com/store/apps/details?id=com.teladoc.members |

 **Teladoc | Telehealth & Therapy**
About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| 9. Computer program product of claim 1, wherein the computer program product is configured to receive calls at the wireless device. | The computer program product (e.g., Teladoc Mobile) is configured to receive calls (e.g., voice calls) at the wireless device (e.g., Smartphone).<br><br><br><br>https://play.google.com/store/apps/details?id=com.teladoc.members |

 **Teladoc | Telehealth & Therapy**
About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.
https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



**Choose video call and the preferred time for your visit**

https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishement (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| 11. Computer program product of claim 1, wherein the network connection for that call is not limited to a voice connection, but includes also the transfer of any media assets, including data-, video- and audio files, web pages, and data-, video- and audio streaming. | The network connection (e.g., SIP/VoIP Invite) for that call is not limited to a voice connection, but includes also the transfer of any media assets, including data, files, chat, and data-, video- and audio streaming.<br><br><br><br>https://play.google.com/store/apps/details?id=com.teladoc.members |

 **Teladoc | Telehealth & Therapy**
About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members

| 12. Computer program product of claim 1, wherein the computer program product is configured to provide messages over the internet, or HTTP over the internet communication from the wireless device to the server. | The computer program product (e.g., Teladoc Mobile) is configured to provide messages (e.g., video message) over the internet (e.g., Wi-Fi) from the wireless device (e.g., Smartphone) to the server (Teladoc Mobile Server).<br><br>https://member.teladoc.com/signin?_ga=2.89189723.1943588298.1655289954-1191178071.1655289954 |

| 13. Computer program product of claim 12, wherein the computer program product is configured to receive at the wireless device manually user-entered data required by the server. | The computer program product (e.g., Teladoc Mobile) is configured to receive at the wireless device (e.g., Smartphone) manually user-entered data (e.g., Teladoc Mobile login details) required by the server (e.g., Teladoc Mobile Server).<br><br><br><br>https://member.teladoc.com/signin?_ga=2.89189723.1943588298.1655289954-1191178071.1655289954 |
| 14. Computer program product of claim 1, wherein the computer program product is configured to establish | The computer program product is configured to establish and control communication (e.g., SIP/VoIP communication) between the wireless device (e.g., Smartphone) and the server (e.g., Teladoc Mobile Server). |

| | |
|---|---|
| and control communication between the wireless device and the server. | INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)<br><br>The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.<br><br><br><br>https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html |

| 22. A method of enabling a wireless device, located in a region, to initiate a network connection without using a network operator's home location register that covers that region, comprising the steps of: | The accused product discloses a method of enabling a wireless device (e.g., Smartphone), located in a region, to initiate a network connection (e.g., SIP/VoIP Invite) without using a network operator's home location register that covers that region.<br><br>The accused product uses Internet or IP network for calling. Hence, it bypasses network operator's home location register as Wi-Fi or internet based calling does not require home location register (HLR).<br><br><br><br>https://play.google.com/store/apps/details?id=com.teladoc.members |
| --- | --- |

 **Teladoc | Telehealth & Therapy**

About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (a) the wireless device using a module that is responsible for contacting a server to communicate with the server over a wireless link, wherein the wireless device includes the module that is implemented as software and that is downloadable to the wireless device; | The wireless device (e.g., Smartphone) using a module (e.g., Teladoc Mobile application) that is responsible for contacting a server (e.g., Teladoc Mobile Server) to communicate with the server (e.g., Teladoc Mobile Server) over a wireless link (e.g., Wi-Fi link), wherein the wireless device (e.g., Smartphone) includes the module (e.g., Teladoc Mobile application) that is implemented as software and that is downloadable to the wireless device (e.g., Smartphone).  |

 Teladoc | Telehealth & Therapy

About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (b) the wireless device using the module to send, over the wireless link, data to the server that defines a call request; | The wireless device (e.g., Smartphone) using the module (e.g., Teladoc Mobile application) to send, over the wireless link (e.g., Wi-Fi link), data to the server (e.g., Teladoc Mobile Server) that defines a call request (e.g., Invite signal from caller to server).<br><br><br><br>https://play.google.com/store/apps/details?id=com.teladoc.members |

 **Teladoc | Telehealth & Therapy**
About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (c) in response to the call request, a software application running on the server deciding on the appropriate routing to a 3rd party end-user for that call request without using the network operator's home or visitor location register. | In response to the call request (e.g., Invite signal from caller to server), a software application (e.g., software running at Teladoc Mobile SIP/VoIP proxy Server to route/manage calls) running on the server (e.g., Teladoc Mobile Server) deciding on the appropriate routing (e.g., Invite signal from server to callee) to a 3rd party end-user (e.g., Other users using Teladoc Mobile) for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register.<br><br><br><br>https://play.google.com/store/apps/details?id=com.teladoc.members |



## Teladoc | Telehealth & Therapy

About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| 23. A system comprising a wireless device located in a region and a server for enabling the wireless device to communicate with the server to initiate a network connection without using a network operator's home location register that covers that region, wherein the server includes a software application that functions as a calls manager, wherein: | The accused product discloses a system comprising a wireless device (e.g., Smartphone) located in a region and a server (e.g., Teladoc Mobile Server) for enabling the wireless device (e.g., Smartphone) to communicate with the server (e.g., Teladoc Mobile Server) to initiate a network connection (e.g., SIP/VoIP Invite) without using a network operator's home location register that covers that region, wherein the server includes a software application (e.g., software running at Teladoc Mobile SIP/VoIP proxy Server to route/manage calls) that functions as a calls manager.<br><br> |



## Teladoc | Telehealth & Therapy

About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (a) the wireless device is operable using a module that is responsible for contacting the server to communicate with the server over a wireless link, wherein the wireless device includes the module that is implemented as software and that is downloadable to the wireless device; | The wireless device (e.g., Smartphone) is operable using a module (e.g., Teladoc Mobile application) that is responsible for contacting a server (e.g., Teladoc Mobile Server) to communicate with the server (e.g., Teladoc Mobile Server) over a wireless link (e.g., Wi-Fi link), wherein the wireless device (e.g., Smartphone) includes the module (e.g., Teladoc Mobile application) that is implemented as software and that is downloadable to the wireless device (e.g., Smartphone).<br><br><br>https://play.google.com/store/apps/details?id=com.teladoc.members |

 **Teladoc | Telehealth & Therapy**
About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



**Choose video call and the preferred time for your visit.**

https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (b) the wireless device is operable using the module to send, over the wireless link, data to the server that defines a call request; | The wireless device (e.g., Smartphone) is operable using the module (e.g., Teladoc Mobile application) to send, over the wireless link (e.g., Wi-Fi link), data to the server (e.g., Teladoc Mobile Server) that defines a call request (e.g., Invite signal from caller to server).  https://play.google.com/store/apps/details?id=com.teladoc.members |

 **Teladoc | Telehealth & Therapy**

About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| (c) in response to the call request, the calls manager software included on the server is operable to decide on the appropriate routing to a 3rd party end-user for that call request without using the network operator's home or visitor location register. | In response to the call request (e.g., Invite signal from caller to server), the call manager software (e.g., software running at Teladoc Mobile SIP/VoIP proxy Server to route/manage calls) included on the server (e.g., Teladoc Mobile Server) is operable to decide on the appropriate routing (e.g., Invite signal from server to callee) to a 3rd party end-user (e.g., Other users using Teladoc Mobile) for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register.<br><br><br><br>https://play.google.com/store/apps/details?id=com.teladoc.members |

 **Teladoc | Telehealth & Therapy**
About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| | |
|---|---|
| 24. A server for enabling a wireless device to communicate with the server to initiate a network connection without using a network operator's home location register, wherein the server includes a software application that functions as a calls manager, wherein: | The accused product discloses a server enabling a wireless device (e.g., Smartphone) located in a region and a server for enabling the wireless device to communicate with the server to initiate a network connection (e.g., SIP/VoIP Invite) without using a network operator's home location register that covers that region, wherein the server includes a software application (e.g., software running at Teladoc Mobile SIP/VoIP proxy Server to route/manage calls) that functions as a calls manager.<br><br><br><br>https://play.google.com/store/apps/details?id=com.teladoc.members |

 **Teladoc | Telehealth & Therapy**

About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (a) the wireless device is operable using a module that is responsible for contacting the server to communicate with the server over a wireless link, wherein the wireless device includes the module that is implemented as software and that is downloadable to the wireless device; | The wireless device (e.g., Smartphone) is operable using a module (e.g., Teladoc Mobile application) that is responsible for contacting a server (e.g., Teladoc Mobile Server) to communicate with the server (e.g., Teladoc Mobile Server) over a wireless link (e.g., Wi-Fi link), wherein the wireless device (e.g., Smartphone) includes the module (e.g., Teladoc Mobile application) that is implemented as software and that is downloadable to the wireless device (e.g., Smartphone).<br><br><br>https://play.google.com/store/apps/details?id=com.teladoc.members |

 **Teladoc | Telehealth & Therapy**
About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (b) the wireless device is operable using the module to send, over the wireless link, data to the server that defines a call request; | The wireless device (e.g., Smartphone) is operable using the module (e.g., Teladoc Mobile application) to send, over the wireless link (e.g., Wi-Fi link), data to the server (e.g., Teladoc Mobile Server) that defines a call request (e.g., Invite signal from caller to server).  https://play.google.com/store/apps/details?id=com.teladoc.members |

 **Teladoc | Telehealth & Therapy**
About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session.  Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html

| (c) in response to the call request, the calls manager software included on the server is operable to decide on the appropriate routing to a 3rd party end-user for that call request without using that network operator's home or visitor location register. | In response to the call request (e.g., Invite signal from caller to server), the call manager software (e.g., software running at Teladoc Mobile SIP/VoIP proxy Server to route/manage calls) included on the server (e.g., Teladoc Mobile Server) is operable to decide on the appropriate routing (e.g., Invite signal from server to callee) to a 3rd party end-user (e.g., Other users using Teladoc Mobile) for that call request (e.g., Invite signal from caller to server) without using the network operator's home or visitor location register.  https://play.google.com/store/apps/details?id=com.teladoc.members |

 **Teladoc | Telehealth & Therapy**
About this app

Teladoc is the global leader in telehealth and telemedicine. Teladoc services are available from anywhere in the U.S., and we serve over 50 million people nationwide. With Teladoc, you can:
- Schedule a virtual appointment with a medical doctor or specialist
- Have a dermatologist review photos of a skin concern
- Talk with a therapist or psychiatrist
- Have prescriptions sent to your local pharmacy

Everything happens within our easy-to-use app or on the web. For your convenience, the Teladoc General Medical service is available 24/7.

Teladoc was founded in 2002. We've spent 20 years perfecting the telehealth experience for you and your family. In 2020, Teladoc delivered over 10.5 million medical visits.

Teladoc physicians and specialists can diagnose many conditions. They can prescribe medications when necessary. They can even provide an expert medical opinion on a current health concern or treatment plan. You will always receive top-quality care from Teladoc healthcare providers. Our physicians are always board- and state-certified.

https://play.google.com/store/apps/details?id=com.teladoc.members

HOW DOES IT WORK?
Request a visit: Open the Teladoc app to request a visit. Provide a brief medical history and details about your medical concern. Your copay may be as low as $0 with insurance. Or you'll pay a flat fee. We always explain any costs before your visit.

Talk to a doctor: A doctor will review your medical history and health concerns. Then, they will contact you by phone, video or message center. Teladoc visits have no waiting room and no time limit.

Pick up a prescription: A Teladoc doctor will discuss all your medical concerns with you. They'll offer answers and recommend a treatment plan. If necessary, they can even send a prescription to a pharmacy of your choice.

https://play.google.com/store/apps/details?id=com.teladoc.members



https://www.teladoc.com/how-it-works/

INVITE is a session initiation (session creation) process in SIP based communication. There are some SIP communication that does not require a session establishment (e.g, SMS over IMS or some other form of Short Message), but most of the IMS/SIP based communication (e.g, VoLTE, Video, File Transfer etc) are going on in a session. Whenever the session needs to be established, it is done by INVITE process. The critical part of this process is 'INVITE' at the beginning and 200 OK at the end. But in reality, many other steps are going on between the INVITE and 200OK and the detailed sequences of messages between INVITE and 200 OK differs depending on what kind of session is to be established. (If you are not familiar with what Session means, refer to Session page)

The example in this page is the simplest form of INVITE being used in VoLTE. The example in this page focus only the INVITE and its corresponding 200 OK. If you want to know the details of other messages and contents of those messages, refer to MO VoLTE with PreCondition.



https://www.sharetechnote.com/html/IMS_SIP_Procedure_Invite_VoLTE.html